IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

VIJAY PARCHARNE, RENUKA PARCHARNE,            PLAINTIFFS
ROHINI NATHAN, SWAMI NATHAN, and
KARUNA NATHAN

V.            CIVIL ACTION NO. 1:21-CV-115-SA-DAS

DEPARTMENT OF HOMELAND SECURITY;
ALEJANDRO MAYORKAS, in his Official Capacity,
Secretary of Homeland Security; TRACY RENAUD,
in her Official Capacity, Acting Director,
UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES; DAVID ROARK, in his Official Capacity
as Director of the USCIS TEXAS SERVICE CENTER; and
GERALD HEINAUR, in his Official Capacity as
Director of the USCIS NEBRASKA SERVICE CENTER            DEFENDANTS

## JUDGMENT

Consistent with the Order and Memorandum Opinion issued this day, judgment is hereby entered in favor of the Plaintiffs. The Defendants shall adjudicate the Plaintiffs' I-485 applications prior to the end of the fiscal year. If unable to do so, the Defendants shall reserve for the Plaintiffs visa numbers from the visa surplus for the 2021 fiscal year. This CASE is CLOSED.

SO ORDERED, this the 30th day of September, 2021.

                                               /s/ Sharion Aycock
                                               UNITED STATES DISTRICT JUDGE